No. 377. EDWARDS *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 362. UNITED STATES *v.* BETHLEHEM STEEL CORPORATION ET AL.; and

No. 363. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION *v.* BETHLEHEM SHIPBUILDING CORPORATION, LTD. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE STONE, MR. JUSTICE ROBERTS, and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Solicitor General Biddle* for petitioners. *Mr. Frederick H. Wood* for respondents. Reported below: 113 F. 2d 301.